UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

-------------------------------------------------------------------x

| | |
|---|---|
| In Re: | Case No 19-36390-cgm |
| Joseph J. Paolucci | Chapter 7 |
| , | |
| Debtor. | |

-------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR BRAVO MORTGAGE ASSET TRUST 2006-1, BRAVO MORTGAGE ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-1 (the "Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Raquel Felix, Esq.**
RAS BORISKIN, LLC
900 MERCHANTS CONCOURSE, SUITE 310
WESTBURY, NY 11590

Dated: November 5, 2019
Westbury, NY


19-385146 - StS



        RAS BORISKIN, LLC
        Attorney for Secured Creditor
        900 Merchants Concourse, Suite 310
        Westbury, NY 11590
        Phone: (516) 280-7675
        Fax:    (516) 280-7674

By: /s/ Raquel Felix
Raquel Felix, Esquire

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
POUGHKEEPSIE DIVISION

------------------------------------------------------------------x

In Re:                                                             Case No 19-36390-cgm

Joseph J. Paolucci                                                 Chapter 7
,

    Debtor.


------------------------------------------------------------------x

# CERTIFICATION OF SERVICE

**I HEREBY CERTIFY** that on November 5, 2019, I caused the foregoing Notice of

Appearance and Request for Service to be electronically filed with the Clerk of Court by using

the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States

Mail to the following parties:

CAJIGAS & FISHER
CAJIGAS & FISHER
210 EAST MAIN STREET-SUITE 302
P.O. BOX 3090
MIDDLETOWN, NY  10940

JOSEPH J. PAOLUCCI
832 HIGHLAND LAKE ROAD
MIDDLETOWN, NY  10940

FRED STEVENS
200 WEST 41ST STREET
17TH FLOOR
NEW YORK, NY  10036


19-385146 - StS



UNITED STATES TRUSTEE
11A CLINTON AVE
ROOM 620
ALBANY, NY  12207


Dated: November 5, 2019
Westbury, NY

                                RAS BORISKIN, LLC
                                Attorney for Secured Creditor
                                900 Merchants Concourse, Suite 310
                                Westbury, NY 11590
                                Phone: (516) 280-7675
                                Fax:    (516) 280-7674

                                By: /s/ Raquel Felix
                                Raquel Felix, Esquire