# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**355 Main Street**
**Poughkeepsie, NY 12601**

---

| | |
|---|---|
| IN RE: Joseph J. Paolucci | CASE NO.: 19−36390−cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−1515 | CHAPTER: 7 |

---

## Notice of Hearing

Please take notice that the Letter re: Discharge/Dischargeability of Debt Filed by Jodi Paolucci (related document(s)[9]) with hearing will be held on 12/3/2019 at 09:30 AM at Poughkeepsie Courthouse − 355 Main Street

Dated: November 7, 2019                    Vito Genna
                                            Clerk of the Court

United States Bankruptcy Court
Southern District of New York

In re:                                                                Case No. 19-36390-cgm
Joseph J. Paolucci                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-4        User:                    Page 1 of 1             Date Rcvd: Nov 07, 2019
                            Form ID: 143             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2019.
cr             +Jodi Paolucci,    301 Lake Drive,    Salisbury, NC 28144-3451

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2019 at the address(es) listed below:
              Fred   Stevens    fstevens@klestadt.com, kstrine@klestadt.com;N267@ecfcbis.com
              Mark A. Fisher    on behalf of Debtor Joseph J. Paolucci attorney@cajigasandfisher.com,
               G16408@notify.cincompass.com
              Raquel   Felix    on behalf of Creditor   Deutsche Bank National Trust Company
               rfelix@rasboriskin.com, rfelix@ecf.courtdrive.com
              United States Trustee    USTPRegion02.PK.ECF@USDOJ.GOV
                                                                                             TOTAL: 4