UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

JOSEPH J. PAOLUCCI,

Chapter   7
Case No.  19-36390 (CGM)

Debtor(s).
--------------------------------------------------------x

## ORDER GRANTING CREDITOR'S MOTION FOR THE NONDISCHARGE OF DEBT

**UPON** the letter filed on November 6, 2019 ("Letter") by Jodi Paolucci ("Creditor") regarding the nondischargeability of debt owed by Joseph J. Paolucci ("Debtor") pursuant to 11 U.S.C. § 523(a)(15) and as ordered on August 19, 2019 by the Supreme Court of the State of New York for Orange County ("State Court Order") in connection with holding the Debtor in contempt for violating a judgement of divorce; and the Court having determined that this  a *pro se* letter constitutes a motion. *See e.g. Johns v. Local 32BJ, SEIU*, 2012 WL 3779908, at *1 (E.D.N.Y. Aug. 31, 2012); *In re Pulver-Thomas*, 2005 WL 1595727, at *2 (Bankr. D. Vt. July 1, 2005); and The Court having held a hearing to consider same on December 3, 2019 and having heard opposition; and

**WHEREAS** pursuant to 11 U.S.C. § 523(a)(15), a discharge under section 727 does not discharge an individual debtor from any debt to a spouse or former spouse in the course of a divorce, separation or in connection with a separation agreement, divorce decree or other order of a court of record, or a determination made in accordance with State law by a government; and accordingly, for the reasons set forth on the record on December 3, 2019, IT IS HEREBY

**ORDERED** that the debt owed to Creditor is nondischargeable.



**Dated: December 13, 2019**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**