# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−4 | User: | Date Created: 12/13/2019 |
| Case: 19−36390−cgm | Form ID: pdf001 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr          Jodi Paolucci          301 Lake Drive          Salisbury, NC 28144

TOTAL: 1