**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph J. Paolucci | Social Security number or ITIN   xxx–xx–1515 |
| | First Name   Middle Name   Last Name | EIN   _ _-_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _-_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Southern District of New York | |
| Case number: | 19–36390–cgm | |

# Discharge of Debtor(s) and Order of Final Decree

12/15

A petition under title 11, United States Code was filed by or against the Debtor(s) on 8/27/19; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the Debtor(s) is entitled to a discharge and the estate of the above named Debtor(s) has been full administered.

**IT IS ORDERED:**

- The Debtor(s) is granted a discharge under 11 U.S.C. § 727.

- Fred Stevens is discharged as the Trustee of the Debtors estate and the bond is cancelled.

- The chapter 7 case of the above-named Debtor(s) is closed.

12/17/19

**By the court:**   Cecelia G. Morris
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order grants a discharge to the person named above. It does not dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of New York

In re:                                                                  Case No. 19-36390-cgm
Joseph J. Paolucci                                                      Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0208-4         User:                      Page 1 of 2              Date Rcvd: Dec 17, 2019
                             Form ID: 155new            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2019.
```
db           +Joseph J. Paolucci,    832 Highland Lake Road,    Middletown, NY 10940-6388
smg          +N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg          +United States Attorney's Office,    Southern District of New York,
               Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7586481      +CREDIT ACCEPTANCE CORP.,    25505 W 12 MILE ROAD,    SOUTHFIELD, MI 48034-8316
7634730      +Deutsche Bank National Trust Company,    RAS Boriskin, LLC,    900 Merchants Concourse, Suite 310,
               Westbury, NY 11590-5114
7586485      +GREAT EXPRESSIONS,    P.O. BOX 554879,    DETROIT, MI 48255-4879
7586488      +JODI PAOLUCCI,    301 LAKE DRIVE,    SALISBURY, NC 28144-3451
7586490      +MIDDLETOWN MEDICAL,    111 MALTESE DRIVE,    MIDDLETOWN, NY 10940-2141
7586491       NYS THRUWAY AUTHORITY,    P.O. BOX 702118,    SAN ANTONIO, TX 78270-2118
7586492      +OF SOC-SVC-CHILD SUPPORT,    P.O. BOX 671,    GOSHEN, NY 10924-0671
7586493      +ORANGE EMERGENCY SERVICES,    PO BOX 731584,    DALLAS, TX 75373-1584
7586494      +PHH MORTGAGE,    P.O. BOX 5452,    MOUNT LAUREL, NJ 08054-5452
7586496       RADIOLOGIC ASSOCIATES,    P.O. BOX 3840,    PEORIA, IL 61612-3840
7586497      +TD BAANK,    156 DOLSON AVENUE, #A-B,    MIDDLETOWN, NY 10940-6568
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: BFSTEVENS Dec 18 2019 00:58:00      Fred Stevens,    Klestadt Winters Jureller,
               Southard & Stevens, LLP,    200 West 41st Street,    17th Floor,    New York, NY 10036-7219
7586480       EDI: BANKAMER2.COM Dec 18 2019 00:58:00      BANK OF AMERICA, N.A.,    PO BOX 25118,
               TAMPA, FL 33622-5118
7586482       EDI: DIRECTV.COM Dec 18 2019 00:58:00      DIRECT TV,    P.O. BOX 78626,    PHOENIX, AZ 85062
7586483      +E-mail/Text: bankruptcy@flagshipcredit.com Dec 17 2019 19:55:02
               FLAGSHIP CREDIT ACCEPTANCE, LL,    3 CHRISTY DRIVE -STE 201,    CHADDS FORD, PA 19317-9670
7586484       E-mail/Text: bankruptcynotification@ftr.com Dec 17 2019 19:55:25      FRONTIER COMMUNICATIONS,
               19 JOHN STREET,    MIDDLETOWN, NY 10940
7586486      +E-mail/Text: mmehling@hhfcu.org Dec 17 2019 19:54:57      HUDSON HERITAGE FCU,
               25 RYKOWSKI LANE,    MIDDLETOWN, NY 10941-4019
7586487       EDI: IRS.COM Dec 18 2019 00:58:00      INTERNAL REVENUE SERVICE,
               P.O. BOX 219236-,STOP 5050,P-4,    KANSAS CITY, MO 64121-9236
7586489       E-mail/Text: bncnotices@becket-lee.com Dec 17 2019 19:54:55      KOHLS/CAPITAL ONE,
               P.O. BOX 3115,    MILWAUKEE, WI 53201-3115
7586495      +EDI: CCS.COM Dec 18 2019 00:58:00      PROGRESSIVE INS./CREDIT COLLEC,    P.O. BOX 607,
               NORWOOD, MA 02062-0607
7586498       EDI: VERIZONCOMB.COM Dec 18 2019 00:58:00      VERIZON WIRELESS,    P.O. BOX 25505,
               LEHIGH VALLEY, PA 18002-5505
                                                                                                TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Deutsche Bank National Trust Company,    RAS Boriskin, LLC,    900 Merchants Concourse, Suite 310,
               Westbury, NY 11590-5114
cr*          +Jodi Paolucci,    301 Lake Drive,    Salisbury, NC 28144-3451
                                                                                    TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2019 at the address(es) listed below:
```
              Fred Stevens    fstevens@klestadt.com, kstrine@klestadt.com;N267@ecfcbis.com
              Mark A. Fisher    on behalf of Debtor Joseph J. Paolucci attorney@cajigasandfisher.com,
               G16408@notify.cincompass.com
              Raquel Felix    on behalf of Creditor    Deutsche Bank National Trust Company
               rfelix@rasboriskin.com, rfelix@ecf.courtdrive.com
```

```
District/off: 0208-4          User:                    Page 2 of 2              Date Rcvd: Dec 17, 2019
                              Form ID: 155new          Total Noticed: 24


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              United States Trustee    USTPRegion02.PK.ECF@USDOJ.GOV
                                                                                           TOTAL: 4
```